UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
RAYMOND R. MOURADIAN,                  )
                                       )
          Plaintiff,                   )
                                       )   C.A. No. 17-10091-PBS
          v.                           )
U.S. Government, et al.,               )
                                       )
          Defendants.                  )
_____)

ORDER

June 8, 2017

Saris, C.D.J.

1.   Plaintiff's Motion to Reopen Case (ECF No. 14) is ALLOWED, however, Plaintiff must serve the Amended Complaint on the defendants, along with the summons, by July 28, 2017.

2.   The Clerk shall issue summons for service of the Amended Complaint on (1) Jeff Sessions, U.S. Attorney General; (2) Seema Verma, Administrator of the Centers for Medicare and Medicaid Services; and (3) John Koskinen, Commissioner of the Internal Revenue Service.

3.   The Clerk shall send the summons, a copy of the amended complaint, and this Order to the plaintiff, who must serve the defendants with these documents by July 28, 2017.   Because Plaintiff paid the $400 filing fee for this action, plaintiff is responsible for arranging for service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

SO ORDERED.

                              /s/ Patti B. Saris
                              _____
                              PATTI B. SARIS
                              CHIEF, UNITED STATES DISTRICT JUDGE